# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **Emanuel Rivera,** : | |
| : | |
| Petitioner  : | **CIVIL ACTION NO. 3:21-cv-1887** |
| : | |
| v.  : | **(JUDGE MANNION)** |
| : | |
| **Morris L. Houser,** | |
| **Superintendent SCI-Benner** : | |
| **Township,** | |
| : | |
| Respondent, : | |

# ORDER

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** The petition for writ of habeas corpus, **(Doc. 1)**, is **DENIED**.

**(2)** A certificate of appealability shall not issue.

**(3)** The Clerk of Court is directed to **CLOSE** this case.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: July 30, 2024**
21-1887-01-ORDER